```
                           FILED
                  CLERK, U.S. DISTRICT COURT

                        2/14/2018

                 CENTRAL DISTRICT OF CALIFORNIA
                 BY:____CW_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:00-cv-02155-WDK-AS |
| Plaintiff, | <u>ORDER GRANTING PLAINTIFF'S APPLICATION PERMITTING SERVICE OF PROCESS</u> |
| vs. | |
| JULIO VALENZUELA | |
| Defendant. | |

   IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting Service of Process is Granted, and that any agent of DIRECT LEGAL SUPPORT, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed the serve the Writ Issued in this action.

   **IT IS ORDERED,**

   DATED: February 14, 2018                    _____

                                               HON. WILLIAM D. KELLER
                                               Senior United States District Judge

1